IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES POTTER and<br>MELISSA SOBOTA | )<br>)<br>) | 2011-cv-01587 |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| MARIA GIALAMAS, and<br>LOUKAS LAW LLC, | )<br>)<br>) | |
| Defendants. | ) | |

## DEFENDANT LOUKAS LAW LLC's
## ANSWER TO COMPLAINT AT LAW

NOW COMES Defendant, LOUKAS LAW LLC, by and through its attorneys, ALHOLM, MONAHAN, KLAUKE, HAY & OLDENBURG, L.L.C., and responds as follows to Plaintiff's Complaint:

### PARTIES

1. Defendant has insufficient information as to the current address of Maria Gialamas and therefore can neither admit or deny the allegations as set forth in paragraph 1 of the Complaint.

2. Defendant admits that Loukas Law LLC is a law firm, but denies that it is a debt collector as defined by the FDCPA.

3. Defendant has insufficient information as to the current address of Plaintiffs, James Potter and Melissa Sobota, and therefore can neither admit or deny the allegations as set forth in paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4. Loukas Law LLC admits the allegations in paragraph 4 as it pertains to Count I. Loukas Law has insufficient information to either admit or deny the allegations as to Counts II, III and IV directed against co-defendant.

## FACTS

5. Defendant admits the allegations contained in paragraph 5 of the Complaint.

6. Defendant admits Tom Loukas prepared certain information for a Linked In profile. Defendant denies that this quotation is an accurate and complete recitation of the entirety of his prepared words, and admits his firm does real estate work as part of its overall practice, which includes many other practice areas.

7. Defendant admits the allegations contained in paragraph 7 of the Complaint, and states that many other areas of practice are also listed on its site.

8. Defendant denies the allegations contained in paragraph 8 of the Complaint.

9. Defendant admits only that this firm files a limited number of eviction matters, seeking certain remedies. Defendant denies it regularly files eviction matters seeking rent for residential properties on behalf of real estate owners.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant has insufficient information as to the allegations set forth in paragraph 11 of the Complaint and therefore can neither admit or deny same.

12. Defendant Loukas Law LLC denies it "represents" Gialamas. Defendant admits it represented Gialamas one time during January and February 2011, concerning a breach of lease dispute.

13. Defendant has insufficient information as to the allegations set forth in paragraph 13 of the Complaint and therefore can neither admit or deny same.

14. Defendant has insufficient information as to the allegations set forth in paragraph 14 of the Complaint and therefore can neither admit or deny same.

15. Defendant has insufficient information as to the allegations set forth in paragraph 15 of the Complaint and therefore can neither admit or deny same.

16. Defendant has insufficient information as to the allegations set forth in paragraph 16 of the Complaint and therefore can neither admit or deny same.

17. Defendant has insufficient information as to the allegations set forth in paragraph 17 of the Complaint and therefore can neither admit or deny same.

18. Defendant has insufficient information as to the allegations set forth in paragraph 18 of the Complaint and therefore can neither admit or deny same.

19. Defendant denies it gave Plaintiff notice of termination. Further, defendant has insufficient information as to the allegations set forth in paragraph 19 of the Complaint and therefore can neither admit or deny same.

20. Defendant Loukas Law LLC admits a letter was sent, but denies the letter was to collect overdue rent payments but rather that this letter was regarding a contract dispute as to a breach of lease and potential ramifications for that breach.

21. Defendant has insufficient information as to the allegations set forth in paragraph 21 of the Complaint and therefore can neither admit or deny same.

22. Defendant has insufficient information as to the allegations set forth in paragraph 22 of the Complaint and therefore can neither admit or deny same.

23. Defendant has insufficient information as to the allegations set forth in paragraph 23 of the Complaint and therefore can neither admit or deny same.

24. Defendant Loukas Law LLC admits it communicated with prior counsel in the context of negotiations for the breach of lease. Defendant denies it "demanded" anything.

25. Defendant has insufficient information as to the allegations set forth in paragraph 25 of the Complaint and therefore can neither admit or deny same.

26. Defendant has insufficient information as to the allegations set forth in paragraph 26 of the Complaint and therefore can neither admit or deny same.

27. Defendant has insufficient information as to the allegations set forth in paragraph 27 of the Complaint and therefore can neither admit or deny same.

28. Defendant has insufficient information as to the allegations set forth in paragraph 28 of the Complaint and therefore can neither admit or deny same.

29. Defendant has insufficient information as to the allegations set forth in paragraph 29 of the Complaint and therefore can neither admit or deny same.

30. Defendant has insufficient information as to the allegations set forth in paragraph 30 of the Complaint and therefore can neither admit or deny same.

31. Defendant has insufficient information as to the allegations set forth in paragraph 31 of the Complaint and therefore can neither admit or deny same.

32. Defendant has insufficient information as to the allegations set forth in paragraph 32 of the Complaint and therefore can neither admit or deny same.

33. Defendant has insufficient information as to the allegations set forth in paragraph 33 of the Complaint and therefore can neither admit or deny same.

34. Defendant has insufficient information as to the allegations set forth in paragraph 34 of the Complaint and therefore can neither admit or deny same.

35. Defendant has insufficient information as to the allegations set forth in paragraph 35 of the Complaint and therefore can neither admit or deny same.

36. Defendant has insufficient information as to the allegations set forth in paragraph 36 of the Complaint and therefore can neither admit or deny same.

37. Defendant has insufficient information as to the allegations set forth in paragraph 37 of the Complaint and therefore can neither admit or deny same.

38. Defendant has insufficient information as to the allegations set forth in paragraph 38 of the Complaint and therefore can neither admit or deny same.

39. Defendant has insufficient information as to the allegations set forth in paragraph 39 of the Complaint and therefore can neither admit or deny same.

40. Defendant has insufficient information as to the allegations set forth in paragraph 40 of the Complaint and therefore can neither admit or deny same.

41. Defendant has insufficient information as to the allegations set forth in paragraph 41 of the Complaint and therefore can neither admit or deny same.

42. Defendant has insufficient information as to the allegations set forth in paragraph 42 of the Complaint and therefore can neither admit or deny same.

43. Defendant has insufficient information as to the allegations set forth in paragraph 43 of the Complaint and therefore can neither admit or deny same.

44. Defendant has insufficient information as to the allegations set forth in paragraph 44 of the Complaint and therefore can neither admit or deny same.

45. Defendant has insufficient information as to the allegations set forth in paragraph 45 of the Complaint and therefore can neither admit or deny same.

46. Defendant has insufficient information as to the allegations set forth in paragraph 46 of the Complaint and therefore can neither admit or deny same.

47. Defendant has insufficient information as to the allegations set forth in paragraph 47 of the Complaint and therefore can neither admit or deny same.

48. Defendant has insufficient information as to the allegations set forth in paragraph 48 of the Complaint and therefore can neither admit or deny same.

**COUNT I**
**VIOLATION OF THE FDCPA**

49. Defendant incorporates all answers set forth in paragraphs 1 through 48 as its answers herein to paragraph 49 of Count I.

50. Defendant denies the allegations set forth in paragraph 50 of Count I of the Complaint.

51. Defendant denies the allegations set forth in paragraph 51 of Count I of the Complaint.

52. Defendant Loukas Law LLC admits a letter was sent, but denies the letter was to collect overdue rent payments but rather regarding a contract dispute concerning a breach of lease.

53. Defendant Loukas Law LLC admits the letter did not include language asserted, but denies there was any requirement to do so.

54. Defendant denies the allegations set forth in paragraph 54 of Count I of the Complaint.

**DEFENDANT DEMANDS TRIAL BY JURY**

WHEREFORE, Defendant, LOUKAS LAW LLC, by and through its attorneys, ALHOLM, MONAHAN, KLAUKE, HAY & OLDENBURG, L.L.C., respectfully requests this Honorable Court deny the claims of the plaintiffs and requests judgment be entered against plaintiffs.

**COUNT II**
**VIOLATION OF SECTION 5-12-170 OF CHICAGO**
**RESIDENTIAL LANDLORD TENANT ORDINANCE (RLTO)**

55-58. The allegations contained in paragraphs 55-58 are not directed at this defendant and therefore this defendant makes no answer thereto.

**COUNT III**
**VIOLATION OF SECTION 5-12-060 OF CHICAGO RLTO**

59-63. The allegations contained in paragraphs 59-63 are not directed at this defendant and therefore this defendant makes no answer thereto.

**COUNT IV**
**VIOLATION OF SECTION 5-12-160 OF CHICAGO RLTO**

64-70. The allegations contained in paragraphs 64-70 are not directed at this defendant and therefore this defendant makes no answer thereto.

Respectfully submitted,

LOUKAS LAW LLC

By: *s/Linda J. Hay*_____
One of the Attorneys for the Defendant

Linda J. Hay
Patricia M. Noonan
Alholm, Monahan, Klauke, Hay & Oldenburg, L.L.C.
221 N. LaSalle Street, Suite 450
Chicago, Illinois 60601
(312) 704-8444

7